| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1( b)**

Denise Carlon
KML LAW GROUP, P.C.
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
Toyota Motor Credit Corporation

In Re:

    Frank Lanzana aka Frank Lanzana, Jr. aka Frank T Lanzana

Order Filed on January 30, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No:   18-33454 JKS

Chapter: 7

Hearing Date: <u>January 29, 2019 at 10:00 A.M.</u>

Judge:  John K. Sherwood

| Recommended Local Form | ☐ Followed | ☐ Modified |

## ORDER VACATING STAY

The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: January 30, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

[Type text]

Upon the motion of <u>Toyota Motor Credit Corporation</u>, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☐    Real Property More Fully Described as:

■    Personal Property More Fully Describes as: **2016 Toyota Rav4, VIN: JTMBFREV4GJ052767,**

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Frank Lanzana  
    Debtor

Case No. 18-33454-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin    Page 1 of 1    Date Rcvd: Jan 31, 2019  
                     Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2019.  
db         +Frank Lanzana,    42 Nell Court,    Dumont, NJ 07628-1117

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2019 at the address(es) listed below:  
           Barbara  Edwards    bedwardstrustee@aol.com, NJ48@ecfcbis.com  
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
            dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Jill  Manzo    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bankruptcy@feinsuch.com  
           John P. Di Iorio    on behalf of Debtor Frank   Lanzana jdiiorio@shapiro-croland.com  
           Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
            kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                  TOTAL: 6