UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Frank Lanzana, Debtor(s).

Case No.: 18-33454-JKS
Chapter: 7
Judge: John K. Sherwood

**NOTICE OF PROPOSED ABANDONMENT**

_____Barbara A. Edwards_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court, DNJ
PO Box 1352
Newark, NJ 07101-1352 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable _____John K. Sherwood_____ on _____3/19/2019_____ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | One-half interest in real property located at 42 Nell Court, Dumont, NJ.
Fair Market Value: $380,000.00 |
|---|---|
| Liens on property: | Subject mortgage held by PennyMac in the approximate amount of $368,822.23 |
| Amount of equity claimed as exempt: | $5,588.88 |

Objections must be served on, and requests for additional information directed to:

Name: /s/ Barbara A. Edwards, Interim Trustee
Address: Muscarella Bochet, PC, 10-04 River Rd., Fair Lawn, NJ 07410
Telephone No.: 201-796-3100

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-33454-JKS
Frank Lanzana                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Feb 15, 2019
                               Form ID: pdf905          Total Noticed: 18

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 17, 2019.
db             +Frank Lanzana,    42 Nell Court,    Dumont, NJ 07628-1117
517893373      +American Express,    P.O. Box 1270,    Newark, NJ 07101-1270
517893374     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P.O. Box 15019,    Wilmington, DE 19886)
517893375       Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
517893379      +Dorothy Nelson,    6105 Highlandale Drive,    Austin, TX 78731-4005
517893380      +Ferro LaBella & Zucker LLC,    27 Warren Street - Suite 201,    Hackensack, NJ 07601-5476
517893381      +Gentle Dentristry,    173 Terrace Street,    Haworth, NJ 07641-1835
517893382      +Kimberly Lanzana,    42 Nell Court,    Dumont, NJ 07628-1117
517893384      +PennyMac,   PO Box 660929,    Dallas, TX 75266-0929
517893385      +Toyota,   P.O. Box 659820,    San Antonio, TX 78265-9120
517893386      +Toyota Financial Services,    P.O. Box 4102,    Carol Stream, IL 60197-4102
517893387      +Toyota Financial Services,    PO Box 659820,    San Antonio, TX 78265-9120
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 16 2019 01:10:42     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 16 2019 01:10:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 01:15:46
                 Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,   Norfolk, VA 23541-1021
517893378      +E-mail/Text: mrdiscen@discover.com Feb 16 2019 01:09:43     Discover,   P.O. Box 71084,
                 Charlotte, NC 28272-1084
517893383      +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 01:15:26     Lowes,   P.O. Box 530914,
                 Atlanta, GA 30353-0914
517899845      +E-mail/PDF: gecsedi@recoverycorp.com Feb 16 2019 01:15:26     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517893376*      Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
517893377*      Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
              Barbara  Edwards     on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com,
               NJ48@ecfcbis.com
              Barbara  Edwards    bedwardstrustee@aol.com,   NJ48@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jill  Manzo    on behalf of Creditor   PENNYMAC LOAN SERVICES, LLC bankruptcy@feinsuch.com
              John P. Di Iorio    on behalf of Debtor Frank  Lanzana jdiiorio@shapiro-croland.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```